IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARD PINEDA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MORTGAGEIT, INC., *et al.*,<br><br>    Defendants. | No. C 09-3779 SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS CASE WITHOUT PREJUDICE** |

By order filed November 12, 2009, the Court ordered plaintiffs to show cause why this case should not be dismissed without prejudice for failure to prosecute. In response to the Court's order, plaintiffs filed a motion to dismiss this case without prejudice. The Court GRANTS the motion, and dismisses this case without prejudice. (Docket No. 31).

**IT IS SO ORDERED.**

Dated: November 30, 2009

SUSAN ILLSTON
United States District Judge