**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARD PINEDA, *et al.*, | No. C 09-3779 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MORTGAGEIT, INC., *et al.*, | |
| Defendants. | |

Plaintiffs' motion to dismiss this action without prejudice is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 30, 2009

SUSAN ILLSTON
United States District Judge